UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEIYA COSMETICS, LLC.,                              No. C 10-00967 JCS

        Plaintiff(s),

                                           **ORDER TO SHOW CAUSE**

    v.

BEYOND BEAUTY INTERNATIONAL,
LLC., ET AL.,

        Defendant(s).
_____/

      Pursuant to Civil L.R. 16-2, further a case management conference was scheduled on
September 17, 2010, before this Court in the above-entitled case.  Plaintiff was not present.
Defendant was not present.

      IT IS HEREBY ORDERED that Plaintiff appear on **October 1, 2010, at 1:30 p.m.,** before
Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San
Francisco, California, and then and there to show cause why this action should not be dismissed for
Plaintiff's failure to appear at the further case management conference on September 17, 2010, for
failure to prosecute this action, and for failure to comply with the Court's Order.  A further case
management conference is also scheduled for October 1, 2010, at 1:30 p.m.

      IT IS SO ORDERED.

Dated:  September 21, 2010

                             _____
                             JOSEPH C. SPERO
                             United States Magistrate Judge

**United States District Court**
For the Northern District of California