Daniel S. Mount (Cal Bar No. 077517)
Kathryn G. Spelman (Cal. Bar No. 154512)
On Lu (Cal. Bar No. 242693)
MOUNT & STOELKER, P.C.
333 West San Carlos Street, Suite 1650
San Jose, CA 95110
Phone: 408.279.7000
Fax: 408.998.1473
Email: dmount@mount.com; kspelman@mount.com; onlu@mount.com

Attorneys for Plaintiff
FEIYA COSMETICS, LLC

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FEIYA COSMETICS, LLC, a California Limited Liability Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BEYOND BEAUTY INTERNATIONAL, LLC,;<br>ALEX SAVASTANO;<br>JENNY TRAN;<br>DONG VAN FASHIONS;<br>PHUONG TRINH BRIDAL AND TUXEDO;<br>TRINH TRINH;<br>BEAUTY YEN;<br>BRANDON NGUYEN;<br>QUYNH DAO VIDEO; and<br>HUNG TRAN<br><br>Defendants. | Civil Case No.: 3:10-CV-00967-JCS<br><br>**APPLICATION AND [PROPOSED] ORDER FOR CONTINUANCE OF HEARING** |

Application and [Proposed] Order for Continuance of Hearing

1

Plaintiff Feiya Cosmetics, LLC ("Feiya") respectfully requests that the status conference set for Dec. 9, 2010 at 2:00 p.m. be continued to Dec. 17, 2010 at 10:30 a.m. This status conference was originally scheduled for Dec. 10, 2010 was advanced to Dec. 9, 2010 by the Court Clerk on Nov. 23, 2010 (see Docket No. 71). Counsel for plaintiff will be in Houston, Texas for mediation in another matter so is unable to attend the Dec. 9, 2010 conference.

Availability of the requested date has been approved by the Court Clerk.

Dated: December 2, 2010  /s/ On Lu

Daniel S. Mount, Esq.
Kathryn G. Spelman, Esq.
On Lu, Esq.
MOUNT & STOELKER, P.C.
333 West San Carlos Street, Suite 1650
San Jose, CA 95110
Phone: 408.279.7000

Attorneys for Plaintiff
FEIYA COSMETICS, LLC

**ORDER**

IT IS SO ORDERED.

Dated: Dec. 3, 2010

MAGISTRATE JUDGE JOSEPH C. SPERO
NORTHERN DISTRICT OF CALIFORNIA

Application and [~~Proposed~~] Order for Continuance of Hearing

2