**MOUNT & STOELKER, P.C.**

ATTORNEYS

RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE: (408) 279-7000
FACSIMILE: (408) 998-1473

January 4, 2011

<u>Via Electronic Filing</u>

MAGISTRATE JUDGE JOSEPH C. SPERO
U.S. District Court for the Northern District of California
450 Golden Gate Ave.
Courtroom A, 15th Floor
San Francisco, CA 94102

      Re:  **Feiya Cosmetics LLC v. Beyond Beauty International LLC, et al.,**
            **Case No. 3:10-cv-00967-JCS (N.D. Cal.)**
            **Our File No. FEIYA006**

Dear Judge Spero:

      Counsel for plaintiff Feiya Cosmetics LLC respectfully requests that the Court extend the time for filing Motions for Default Judgments against several defendants to February 11, 2011.

      At our December 17, 2010 Case Management Conference, you asked that all Motions for Default Judgments be filed within 30 days of the conference (*see* Docket No. 76). Plaintiff is unable to comply because service has not yet been properly effected on defendant Hung Tran.

      Plaintiff became aware that the Entry of Default issued against defendant Hung Tran may have been improper (*see* Docket No. 80). Plaintiff attempted substituted service on defendant, pursuant to Fed. R. Civ. P. 4(e)(1) and CCP 415.20(b). CCP 415.20(b) requires that a copy of the Complaint and Summons be mailed to defendant *after* leaving the documents at defendant's usual place of business. However, a copy of the Complaint and Summons was mailed to Hung Tran *before* the documents were left at defendant's usual place of business.

      In an abundance of caution, plaintiff has taken steps to properly effect substituted service on Hung Tran. A copy of the Complaint and Summons was left at defendant's usual place of business on December 4, 2010. A copy of the Summons and Complaint was mailed to Hung Tran on January 3, 2011. Defendant's time to respond expires on February 3, 2011. At that time, plaintiff will motion the court for an amended Entry of Default.

      With the Court's permission, all Motions for Default Judgments will be filed no later than February 11, 2011.

      Thank you for your time and consideration. We apologize for the inconvenience to the Court.

January 4, 2011
Page 2

Sincerely,



On Lu

Dated: Jan. 5, 2011

