**MOUNT & STOELKER, P.C.**          ATTORNEYS

RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE: (408) 279-7000
FACSIMILE: (408) 998-1473

February 11, 2011

**Via Electronic Filing**

MAGISTRATE JUDGE JOSEPH C. SPERO
U.S. District Court for the Northern District of California
450 Golden Gate Ave.
Courtroom A, 15th Floor
San Francisco, CA 94102

       Re:  Feiya Cosmetics LLC v. Beyond Beauty International LLC, et al.,
            Case No. 3:10-cv-00967-JCS (N.D. Cal.)
            Our File No. FEIYA006

Dear Judge Spero:

     Counsel for plaintiff Feiya Cosmetics LLC respectfully requests that the Court extend the time for filing Motions for Default Judgments against several defendants to February 18, 2011.

     The Court previously granted an extension to February 11, 2011 to file the motions so that service could be properly effected on defendant Hung Tran. (*See* Docket No. 83.) Counsel now requests an additional week in order to finalize the multiple motions and confirm damages sought.

     Thank you for your consideration. We apologize for any inconvenience to the Court.

                                  Sincerely,

                                  Jon Lu

Dated: Feb. 14, 2011



IT IS SO ORDERED
Judge Joseph C. Spero