**MOUNT & STOELKER, P.C.**  ATTORNEYS

RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE: (408) 279-7000
FACSIMILE: (408) 998-1473

June 30, 2011

<u>*Via Electronic Filing*</u>

MAGISTRATE JUDGE JOSEPH C. SPERO
U.S. District Court for the Northern District of California
450 Golden Gate Ave.
Courtroom A, 15th Floor
San Francisco, CA 94102

      Re:  Feiya Cosmetics LLC v. Beyond Beauty International LLC, et al.,
           Case No. 3:10-cv-00967-JCS (N.D. Cal.)

Dear Judge Spero:

    At the May 20, 2011 hearing for Plaintiff FEIYA COSMETICS LLC's ("Feiya") Motion for Default Judgment against Defendants, the Court asked plaintiff to clarify several outstanding issues by way of Supplemental Brief and Declarations. A deadline of July 1, 2011 was set.

    Counsel for plaintiff Feiya Cosmetics LLC respectfully requests that the Court extend the time for filing the Supplemental Brief and Declarations to Friday, July 15, 2011. Feiya is in the process of collecting some Declarations in support of its Supplemental Brief.

    Thank you for your consideration. We apologize for any inconvenience to the Court.

Dated: July 1, 2011

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

Sincerely,

On Lu