1
2
3
4                                    UNITED STATES DISTRICT COURT
5                                   NORTHERN DISTRICT OF CALIFORNIA
6    FEIYA COSMETICS, LLC.,                          Case No. C-10-00967 JCS
7               Plaintiff(s),
8         v.                                         **ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL MATERIALS [Docket No. 103]**
9    BEYOND BEAUTY INTERNATIONAL,
     LLC., ET AL.,
10
11              Defendant(s).
12   _____/
13         On May 20, 2011, the Court held a hearing on Plaintiff's pending default judgment motions.
14   The Court requested supplemental materials, which were to be submitted no later than July 1, 2011.
15   On June 30, 2011, Plaintiff requested an extension to July 15, 2011 in order to collect additional
16   declarations.  The Court granted that request.  On July 14, 2011, Plaintiff requested another
17   extension, to August 19, 2011.  The Court grants Plaintiff's request.  The supplemental materials
18   requested by the Court shall be submitted no later than August 19, 2011.  No further extensions shall
19   be granted.
20         IT IS SO ORDERED.
21
22   Dated: July 18, 2011
23                                                    _____
24                                                    JOSEPH C. SPERO
                                                     United States Magistrate Judge
25
26
27
28

**United States District Court**
For the Northern District of California