1
Daniel S. Mount (Cal Bar No. 077517)
Kathryn G. Spelman (Cal. Bar No. 154512)
2
Daniel H. Fingerman (Cal. Bar No. 229683)
On Lu (Cal. Bar No. 242693)
3
MOUNT, SPELMAN & FINGERMAN, P.C.
333 West San Carlos Street, Suite 1650
4
San Jose, CA 95110
Phone: 408.279.7000
5
Fax: 408.998.1473
Email: dmount@mount.com; kspelman@mount.com; dfingerman@mount.com, onlu@mount.com
6

7
Attorneys for Plaintiff
FEIYA COSMETICS, LLC

8

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**
9

10

11
FEIYA COSMETICS, LLC, a California
Limited Liability Corporation,

Civil Case No.:  3:10-CV-00967-JCS

12
                    Plaintiff,

**STIPULATION AND [~~PROPOSED~~] ORDER
FOR DISMISSAL OF DEFENDANTS
PHUONG TRINH BRIDAL AND TUXEDO,
AND TRINH TRINH WITH PREJUDICE**

13
vs.

14

15
BEYOND BEAUTY INTERNATIONAL,
    LLC,;
ALEX SAVASTANO;
16
JENNY TRAN;
DONG VAN FASHIONS;
17
PHUONG TRINH BRIDAL AND
    TUXEDO;
18
TRINH TRINH;
BEAUTY YEN;
19
BRANDON NGUYEN;
QUYNH DAO VIDEO; and
20
HUNG TRAN

21

22
                    Defendants.

23

24

25

26

27

28

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS ST.
SAN JOSE, CA 95110-2740
(408) 279-7000

1    Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff FEIYA COSMETICS, LLC dismisses

2  Defendants PHUONG TRINH BRIDAL AND TUXEDO and TRINH TRINH from the above-

3  captioned action WITH PREJUDICE.  Defendants responded to Plaintiff's Complaint on April 6,

4  2010.  This Stipulation for Dismissal is pursuant to the agreement executed between the parties for

5  settlement and the Injunction entered by Magistrate Judge Spero on July 8, 2011.

6

7                                              **STIPULATION**

8    The parties stipulate as follows:

9    The parties request that Defendants PHUONG TRINH BRIDAL AND TUXEDO and TRINH

10  TRINH be dismissed from the above-captioned action WITH PREJUDICE.

11

12

13  Dated: July 12, 2011                    MOUNT, SPELMAN & FINGERMAN, P.C.

14

15  

16  _____

17                                         Daniel S. Mount, Esq.
                                          Kathryn G. Spelman, Esq.
18                                         Daniel H. Fingerman, Esq.
                                          On Lu, Esq.
19
                                          Attorneys for Plaintiff
20                                         FEIYA COSMETICS, LLC

21

22                                             /s/ Vi Katerina Tran
                                          _____
23
                                          Vi Katerina Tran, Esq.
24                                         LAW OFFICES OF VI K. TRAN
                                          1625 The Alameda, Suite 800
25                                         San Jose, CA 95126
                                          Phone: (408) 659-0244
26
                                          Attorney for Defendants
27                                         PHUONG TRINH BRIDAL AND TUXEDO and
                                          TRINH TRINH
28

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS ST.
SAN JOSE, CA 95110-2740
(408) 279-7000

1

## <u>ORDER</u>

2

     Pursuant to stipulation, and good cause appearing, IT IS SO ORDERED.

3

4

Dated: __ July 19, 2011 _____          _____

5

6

Magistrate Judge Joseph C. Spero

7

United States Magistrate Judge
NORTHERN DISTRICT OF CALIFORNIA

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS ST.
SAN JOSE, CA 95110-2740
(408) 279-7000

**ATTESTATION OF ELECTRONIC FILING**

As the attorney e-filing this document, I hereby attest that VI KATERINA TRAN, Esq., has concurred in this filing.

Dated: July 12, 2011                                          /s/ On Lu

On Lu, Esq.
MOUNT, SPELMAN & FINGERMAN, P.C.

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS ST.
SAN JOSE, CA 95110-2740
(408) 279-7000