UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEIYA COSMETICS, LLC

    Plaintiff,

    v.

BEYOND BEAUTY INTERNATIONAL, LLC, et al.,

    Defendants.
_____/

No. C 10-0967 PJH

**ORDER VACATING DEFAULT**

    Remaining in this case are two defendants – Quynh Dao Video and Hung Tran – over which this court has determined that it lacks personal jurisdiction. Accordingly, the default, which was entered by the clerk against those defendants on May 7, 2010, and February 8, 2011, respectively, is hereby VACATED.

    Accordingly, no later than October 7, 2011, plaintiff shall either dismiss those defendants without prejudice, or file a motion for change of venue. Otherwise, the court will issue an order of dismissal for lack of personal jurisdiction.

**IT IS SO ORDERED.**

Dated: September 29, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge